UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA ANN ROBINSON TURNER,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 15-cv-00213-RS

**JUDGMENT**

Judgment is hereby entered in favor of defendant and against plaintiff, pursuant to the order entered this date on the parties' cross-motions for summary judgment.

**IT IS SO ORDERED**.

Dated: March 28, 2016

_____
RICHARD SEEBORG
United States District Judge